### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

CARLOS HERNANDEZ VEGA          *
                               *
    Petitioner              *
                               *
v.                             *          **Civil No. 02-1699(SEC)**
                               *
UNITED STATES OF AMERICA       *
                               *
    Respondent             *
*********************************

### JUDGMENT

    Pursuant to our Opinion and Order of even date, the Magistrate Judge's report is **APPROVED** and **ADOPTED** as our own and the above-captioned case is **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

    **SO ORDERED.**
In San Juan, Puerto Rico, this 19th day of April, 2005.

S/ Salvador E. Casellas
SALVADOR E. CASELLAS
United States District Judge