97-72 (SEC)
(2)

4-22-06

Hon. Juez Casellas,

Aunque el fallo no fue a mi favor, esta última acción legal, que se presentó a usted, quiero decirle que lo amo en el amor de Jesucristo. No sé para usted, pero para mi estos últimos ocho años en prisión, han sido de bendición a mi vida. En lo personal no le he dedicado tiempo a mis papeles legales del caso, Estados Unidos vs. Carlos Hernández, pero hace ocho años y meses que estoy dedicado por completo a mi caso del juicio final de Dios vs. el hombre y la mujer de este mundo. ¡Aleluya! He tenido el privilegio de conocer a mi Juez, a mi Abogado, a mi fiscal. Quiero darle las gracias a Dios por permitir que mis ojos se abrieran a esta realidad de la vida, que es la existencia eterna, y el Juicio final; en el amor de el Salvador Jesucristo le digo que no quisiera que saliera culpable en ese juicio, ni su amada familia. Con todo mi respeto a su persona, me he atrevido a escribirle esta humilde letra, en el amor de Cristo, pues es,

es muy valiosa su alma y las almas de su amada familia para Dios, por lo cuál vino Jesucristo, para pagar la sentencia de nosotros con su propia vida. En la Ley de Dios hay una que dice en el Nuevo Testamento:

"Y de la manera que está establecido para los hombres que mueran una sola vez, y después de esto el juicio,"

Hebreos 9:27

Lo que se juzgará en ese Juicio es el alma. No se jusgará a los que han sido justificados por Dios en Cristo. Serán jusgados los que pensaron que ellos no eran malos, que siempre pagaron sus impuestos, que nunca violaron la Ley, etc, etc. Los que se autojustificaron serán jusgados y hallados culpables, por que hay una Ley de Dios que dice:

"por cuanto todos pecaron, y están destituidos de la gloria de Dios."

Romanos 3:23

②

Hon. juéz Casellas,

Si el juicio fuera de este mundo, el dinero podría tener mucha influencia en el mismo, pues posiblemente contrataría con el mismo el "mejor" abogado cecular, para la defenza, etc. etc. Mas por cuanto es celestial, delante del Juéz de jueces, que todo lo sabe, que todo lo vé, que todo está descubierto ante sús ojos, es demas que tratemos de ganarlo a nuestra manera, Gloria a Dios. Pero Dios en su Bendita Misericordia a provisto para el mundo un plan para salvación, se llevó a cabo en una cruz, muerte para el que no pecó, pero resucitó para darnos una oportunidad, para nosotros, para nuestra familia, para todos los que reconozcan que delante de Dios no hay ni uno justo y que solo reconociendo que somos pecadores delante de EL, y arrepintiendonos para recibir a Cristo y el perdón, podremos escapar de tan terrible sentencia. Hon. juéz, si comparamos este lugar donde me encuentro hoy, un lugar de maldad, un lugar de tortura sicológica, etc, etc,

Puedo decir con toda honestidad en Cristo Jesús que comparado con el Infierno, que Jesucristo predicó, este lugar donde me encuentro, o cualquiera otra cárcel en este mundo, sería un paraíso, un hotel de más de cien mil estrellas en calidad. El Infierno es el lugar a donde irán a pagar por sus pecados, todos los que no recibieron el Regalo de Dios, que es Cristo su Hijo, el Rey de reyes, el Justo, el Santo, ¡Oh gloria al Señor aleluya!. Señor juez, me siento libre en Cristo, llevo ocho años y algo preso físicamente, pero libre en mi espíritu y mi alma, comprendo ahora que si estuviera en la calle sin Cristo, estuviera en la prisión más grande y peligrosa, que es el mundo de pecado. Cristo vino a salvar, mi familia más cercana religiosa, ya están buscando ir a una Iglesia Pentecostal o Evangélica, después de ocho años de oración, obediencia, ayunos, para el Señor, y gloria a Dios, mi espediente de prisionero habla solo, porque Cristo vive, Cristo vive, Hon., conviertase a Jesucristo y comprenderá el gozo que tengo en mi alma, mis hijos, me necesitan, pero estoy haciendo un trabajo para el Señor aquí, amén ☺ Dios le siga bendiciendo.    att. Carlos R. Hernández

From: Carlos R. Hernández Vega
Reg. # 41494-054 Unit 4-B
P.O. Box 3000
White Deer, PA 17887

HARRISBURG PA 171
25 APR 2006 PM 2 T



To: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG.
SAN JUAN P.R. 00918-1767
COPIA HON: Juez Salvador Casellas