AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF        PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

       v.                                            CASE NUMBER: 97-072(SEC)

**JOSE A. VEGA-FIGUEROA, ET AL**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| <u>November 7, 2007</u><br>*Date* | /s/Warren Vázquez<br>*Signature* |
| | <u>Warren Vázquez</u><br>*Print Name* |
| | <u>350 Torre Chardon, Suite 1201</u><br>*Address* |
| | <u>Hato Rey, Puerto Rico 00918</u><br>*City* |
| | <u>(787) 766-5656</u><br>Phone Number |

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY, that on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsels of record.

  At San Juan, Puerto Rico, November 7, 2007.

                S/Warren Vázquez
                Warren Vázquez - 125413