From: Carlos Hernández Vega
Reg.#41494-054   Unit 4-B
P.O. Box 3000
White Deer, PA. 17887





7008 1300 0001 8620 8691

AUG 1 8 2008

MAILED FROM
U.S. PENITENTIARY

To: FEDERICO DEGETAU FEDER
BUILDING
150 Carlos Chardon Avenue
San Juan Puerto Rico 0091
787-772-3000

Legal Mail